JUDGE LYNCH

08 CV 6801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MLB ADVANCED MEDIA, L.P.

               Plaintiff,

    -against-

MEDIACORP, INC.,

              Defendants.

------------------------------------------------------------ x

**Case No.**

**RULE 7.1 STATEMENT**


RECEIVED
JUL 30 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for plaintiff, MLB Advanced Media, L.P., certifies that plaintiff has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
          July 30, 2008

                                      COWAN, LIEBOWITZ & LATMAN, P.C.

                                      By: _____
                                          Michael F. Maschio (mfm@cll.com)

                                      1133 Avenue of the Americas
                                      New York, New York  10036-6799
                                      Tel: (212) 790-9270
                                      Fax: (212) 575-0671
                                      Attorney for Plaintiff

24478/000/838515.1